UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR., | No.  2:23-cv-01405-WBS-EFB (PC) |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| G. MATTESON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On May 24, 2024, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A.  ECF No. 8.  The court dismissed the complaint for failure state a claim and for attempting to join unrelated claims, and granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies.  *Id.*  The screening order warned plaintiff that failure to comply could result in a recommendation that this action be dismissed.  The time for acting has now passed and plaintiff has not filed an amended complaint.  Thus, it appears that plaintiff is unable or unwilling to cure the defects in the complaint.

Plaintiff has filed two motions to stay this action pending court proceedings related to his petition for writ of habeas corpus.  ECF Nos. 11 & 12.  However, without an operative complaint,

the motions to stay are essentially moot. Rather, the undersigned will recommend that the action be dismissed without prejudice to refiling at a later date.

Accordingly, it is ORDERED that plaintiff's motions to stay this action (ECF Nos. 11 & 12) are DENIED as moot.

It is RECOMMENDED that this action be DISMISSED without prejudice for the reasons stated in the May 24, 2024 screening order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 31, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE